| | FOR COURT USE ONLY<br><br>MAIL<br>FILED<br>MAR 1 1 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                      Deputy Clerk |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION** |
| Name of Debtor(s) listed on the bankruptcy case:<br>Jeffrey Steinberg M.D., a medical corporation | CASE NO.: 1:18-bk-12919-MT<br><br>CHAPTER: 7 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):    Alyse Houlemard Mencias c/o Sarah Schlehr

   Mailing Address:    150 E. Olive Avenue

   City, State, Zip Code:    Burbank, CA 91502

3. **New Address:**

   Mailing Address:    303 North Glenoaks Boulevard, Suite 200

   City, State, Zip Code:    Burbank, CA 91502

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 03/09/2022        Sarah Schlehr
                        Requestor's printed name(s)

                        /s/ Sarah Schlehr
                        Requestor's signature(s)

                        Attorney
                        Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                    F 1002-1.3.CHANGE.ADDRESS