David K. Gottlieb
16255 Ventura Blvd, Suite 440
Encino, CA 91436
Telephone: (818) 539-7720
Email: dkgtrustee@dkgallc.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>CORPORATION, JEFFREY STEINBERG M.D., A MEDI<br><br>Debtor(s) | Case No. 18-12919 MT<br>Chapter 7<br><br>NOTICE OF UNCLAIMED DIVIDEND(S)<br>(FRBP 3011) |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. <u>60016</u> in the sum of $<u>14,211.60</u> representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: 6/16/22

_____
David K. Gottlieb
Chapter 7 Trustee

| CLAIM # | CREDITOR | AMOUNT |
|---|---|---|
| 00002 | Alyse Houlemard Mencias c/o Sarah Schlehr<br>303 North Glenoaks Boulevard<br>Suite 200<br>Burbank, CA 91502 | $14,211.60 |
| | Total: | $14,211.60 |

**SIGNATURE BANK**
565 FIFTH AVENUE, NEW YORK, NY 10017

60016
1-1357 / 260

DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE
16255 VENTURA BLVD, SUITE 440
ENCINO, CA 91436

**VOID AFTER 90 DAYS**

REGARDING
JEFFREY STEINBERG M.D., A MEDICAL CORPORATION, DEBTOR (18-12919 MT)
ACCOUNT NO. 1504108909

DATE: 06/15/2022

$*******14,211.60

FOURTEEN THOUSAND TWO HUNDRED ELEVEN DOLLARS AND 60/100

Pay to the Order Of:
U.S. BANKRUPTCY COURT
ATTN: FISCAL DEPT.
255 E. TEMPLE ST., ROOM 1067
LOS ANGELES, CA 90012

*(signature)*
DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE

⑆060016⑆

---

| Date: 06/15/2022 | Check Number: 60016 | Amount: $14,211.60 |
|---|---|---|

Case Number: 18-12919
Debtor(s) Name: JEFFREY STEINBERG M.D., A MEDICAL CORPORATION

| Paid To: | U.S. BANKRUPTCY COURT<br>ATTN: FISCAL DEPT.<br>255 E. TEMPLE ST., ROOM 1067<br>LOS ANGELES, CA 90012 | Trustee: | DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE<br>16255 VENTURA BLVD, SUITE 440<br>ENCINO, CA 91436 |

Description:

Bank Account:

---

| Date: 06/15/2022 | Check Number: 60016 | Amount: $14,211.60 |
|---|---|---|

Case Number: 18-12919
Debtor(s) Name: JEFFREY STEINBERG M.D., A MEDICAL CORPORATION

| Paid To: | U.S. BANKRUPTCY COURT<br>ATTN: FISCAL DEPT.<br>255 E. TEMPLE ST., ROOM 1067<br>LOS ANGELES, CA 90012 | Trustee: | DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE<br>16255 VENTURA BLVD, SUITE 440<br>ENCINO, CA 91436 |

Description:

Bank Account:

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 16255 Ventura Boulevard, Suite 440, Encino, CA 91436.

A true and correct copy of the foregoing document entitled (*specify*): Report of Trustee Under Rule 3011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 16, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On June 16, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2022 | Renee Johnson | /s/Renee Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                  F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Joseph Chora    joseph@chorayoungllp.com, CChora@choralaw.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- David S Hagen    davidhagenlaw@gmail.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov


2. **SERVED BY U.S. MAIL**

Office of the U.S. Trustee
915 Wilshire Blvd., Ste. 1850
Lod Angeles, CA 91007

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE